314 F.2d 948
 NATIONAL LABOR RELATIONS BOARD, Petitioner
v.
VIRGINIA DARE STORES et al.
 No. 17287.
 United States Court of Appeals Eighth Circuit.
 March 19, 1963.
 
 Petition to enforce order of National Labor Relations Board.
 Stuart Rothman, Gen. Counsel, and Salvatore Cosentino, Regional Director, NLRB, for petitioner.
 Martin L. Conrad of Jaffin, Schneider, Kimmel & Galpeer, New York City, for respondent.
 PER CURIAM.
 
 
 1
 Order of Labor Board enforced on petition for entry of consent decree.